**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

|  |  |
|---|---|
| JANE WHITE THOMPSON, Individually, and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEACONESS HEALTH SYSTEM, INC. and MEDICOPY SERVICES, INC.<br><br>　　　Defendants. | Civil Action No.: 1:26-cv-00579-SEB-MJD<br><br>**NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME** |

Pursuant to S.D.Ind.L.R. 6-1(b), Defendant Deaconess Health System, Inc. ("Deaconess"), hereby gives notice that counsel for Plaintiff and counsel for Defendant Medicopy Services, Inc. have no objection to an initial 28-day extension of time for Defendant to answer or otherwise respond to Plaintiff's complaint. This deadline has not previously been extended, and this extension does not interfere with the case management plan, any scheduled hearings, or any other deadlines in this case.

The response date for Defendant Deaconess is hereby extended from April 23, 2026 to **May 21, 2026**.

Dated: April 16, 2026.

Respectfully Submitted,

BAKER & HOSTETLER LLP

*/s/ Michelle R. Gomez*
Michelle R. Gomez* (CO Bar #51057)
Bobbye Pyke (Texas Bar # 24123274)
(*PHV to be submitted*)
1801 California Street, Suite 4400
Denver, CO  80202
Tel: (303) 861-0600; Fax: (303) 861-7805
mgomez@bakerlaw.com

bpyke@bakerlaw.com

*Counsel for Defendant Deaconess Health System, Inc.*

*\*Admitted to practice in S.D. Indiana*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/ Michelle R. Gomez
Michelle R. Gomez

2